IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America )<br>　　　　　　　　　　　　　　　　) Cr. No. 0:12-456<br>vs.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>James Wylie Crowder,　　　　　 )　　**O R D E R**<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　 )<br>_____) | |

　　On July 3, 2012, Defendant James Wylie Crowder pleaded guilty to an information charging tax evasion, in violation of 26 U.S.C. § 7201. On September 19, 2012, Defendant was sentenced to probation for a period of five years.

　　This matter is before the court on Defendant's motion for early termination of probation, which motion was filed on April 22, 2016. The court has conferred with United States Probation Officer Lillie A. Canty and Assistant United States Attorney Winston D. Holliday, Jr., who do not oppose early termination of probation.

　　Considering the factors set forth in 18 U.S.C. § 3553(a) to the extent that they are applicable, the court finds that the interests of justice will be served if termination of probation is granted at this time. See 18 U.S.C. § 3564(c). Accordingly, Defendant's motion for early termination of probation (ECF No. 34) is **granted**.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Margaret B. Seymour
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Columbia, South Carolina

April 27, 2016